E-FILED- 5/7/18

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ZENO KING, JR., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; and DOES 1-100,<br><br>                Defendants. | **CASE NO. 2:17-CV-08804-PGS (SKx)**<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF DISMISSAL** |

1

## [PROPOSED] ORDER

Upon consideration of the statements in the parties' Joint Stipulation of Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

**This Civil Action, including all claims for relief and causes of action, is dismissed with prejudice. Each party is to bear its own fees and costs.**

**IT IS SO ORDERED.**

Dated: _5/7/18_

PHILIP S. GUTIERREZ

The Honorable Philip S. Gutierrez
United States District Judge

1